# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STAN HASTINGS, individually and on behalf of
other similarly situated                                                PLAINTIFF

v.                          No. 4:21-cv-452-DPM

RESCUE 1 FINANCIAL LLC                                        DEFENDANT

## JUDGMENT

Hastings's individual claims are dismissed with prejudice. The uncertified class claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2021